UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                              Criminal No. 09-343(1) (DWF/RLE)

      Plaintiff,

v.                                                                          **ORDER**

Charles William Prentice, Jr.,

      Defendant.

---

Clifford B. Wardlaw, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Aaron J. Morrison, Esq., Peter B. Wold, PA, counsel for Defendant.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED**:

1. That the Defendant's Motion to Suppress Confessions or Statements in the Nature of Confessions (Doc. No. [11]) is **DENIED**.

2. That the Defendant's Motion to Suppress (Doc. No. [18]) is **DENIED**.

3. That the Defendant's Motion to Dismiss the Indictment on the Grounds that the Court does not Have Subject Matter Jurisdiction (Doc. No. [19]) is **DENIED**.

4.       That the Defendant's Motion to Dismiss the Indictment on duplicity grounds (Doc. No. [22]) is **DENIED**.

Dated:  February 4, 2010          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge